IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN AARON LACY                                                                                   PETITIONER

VS.                           CASE NO. 5:04CV00441 WRW

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a _de novo_ review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

Defendant's Motion for Hearing (Doc. No. 26) is DENIED.

SO ORDERED this 17th day of September, 2008.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE